```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WILLIAM ROGER DEAN,                                         :
                                                            :
                    Plaintiff,                              :
                                                            :
         -against-                                          :
                                                            :
JAMES CAMERON, TWENTIETH                                    :   Civil Docket No. 13-4479-JMF
CENTURY FOX FILM CORPORATION,                               :
DUNE ENTERTAINMENT III LLC,                                 :   **STIPULATION**
TWENTIETH CENTURY FOX HOME                                  :
ENTERTAINMENT, LIGHTSTORM                                   :
ENTERTAINMENT AND INGENIOUS                                 :
FILM PARTNERS 2 LLP,                                        :
                                                            :
                    Defendants.                             :
                                                            :
------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

        (i) the time for defendants James Cameron, Twentieth Century Fox Film Corporation, Twentieth Century Fox Home Entertainment and Lightstorm Entertainment ("Defendants") to answer, move or otherwise respond to the Complaint is hereby extended to and including August 30, 2013;

        (ii) for purposes of this action only, Defendants shall not challenge service of process or deny that personal jurisdiction exists over them in New York; and

        (iii) by declining to challenge service of process or personal jurisdiction in connection with this action defendants do not waive any other rights or defenses, including but not limited to their right to seek a change of venue pursuant to 28 U.S.C. § 1404.

| | |
|---|---|
| HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | LOEB & LOEB LLP |
| By: *[signature]* <br> Steven M. Hayes <br> 112 Madison Avenue, 7th Floor <br> New York, NY 10016 <br> shayes@hanlyconroy.com <br> Telephone: 212-784-6414 <br> Facsimile: 212-213-5949 | By: *[signature]* <br> Jonathan Zavin <br> 345 Park Avenue <br> New York, NY 10154 <br> jzavin@loeb.com <br> Telephone: 212-407-4161 <br> Facsimile: 212-658-9105 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants James Cameron, Twentieth Century Fox Film Corporation, Twentieth Century Fox Home Entertainment and Lightstorm Entertainment* |

SO ORDERED.

*[signature]*

Jesse M. Furman
United States District Judge

July 24, 2013