UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
WILLIAM ROGER DEAN,
:
      Plaintiff,
:
  -against-
:
JAMES CAMERON, TWENTIETH                Civil Docket No. 13-4479-JMF
CENTURY FOX FILM CORPORATION,
DUNE ENTERTAINMENT III LLC,                     **STIPULATION**
TWENTIETH CENTURY FOX HOME
ENTERTAINMENT, LIGHTSTORM
ENTERTAINMENT AND INGENIOUS
FILM PARTNERS 2 LLP,
:
      Defendants.
:
------------------------------------------------------X

        WHEREAS, on July 25, 2013, the Court signed a stipulation extending the time for defendants James Cameron, Twentieth Century Fox Film Corporation, Twentieth Century Fox Home Entertainment and Lightstorm Entertainment ("Defendants") to answer, move or otherwise respond to the Complaint in this action to and including August 30, 2013;

        WHEREAS, pursuant to paragraph 3(B) of the Honorable Judge Furman's Individual Rules and Practices in Civil Cases, on August 13, 2013 Defendant's counsel sent a letter to counsel for plaintiff William Roger Dean ("Plaintiff") setting forth deficiencies in the Complaint that Defendants contend would warrant dismissal (the "August 13 Letter");

        WHEREAS, Plaintiff's counsel has requested an extension of the time to respond to the August 13 Letter due to vacation schedules and other personal obligations, and has agreed to a concomitant extension of Defendants' time to answer, move or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that:

(i) Plaintiff's counsel shall have until August 28, 2013 to respond to the August 13 Letter;

(ii) In the event that Plaintiff declines to amend the Complaint, the time for Defendants to answer, move or otherwise respond to the Complaint shall be extended to and including September 16, 2013; and

(iii) In the event that Plaintiff elects to amend the Complaint in response to the August 13 Letter, Plaintiff's and Defendant's Counsel shall confer and submit a stipulation setting forth the time for Defendants to answer, move or otherwise respond to such Amended Complaint.

| | |
|---|---|
| HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | LOEB & LOEB LLP |
| By: /s/ Steven M. Hayes | By: /s/ Jonathan Zavin |
| Steven M. Hayes | Jonathan Zavin |
| 112 Madison Avenue, 7th Floor | 345 Park Avenue |
| New York, NY 10016 | New York, NY 10154 |
| shayes@hanlyconroy.com | jzavin@loeb.com |
| Telephone: 212-784-6414 | Telephone: 212-407-4161 |
| Facsimile: 212-213-5949 | Facsimile: 212-658-9105 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants James Cameron, Twentieth Century Fox Film Corporation, Twentieth Century Fox Home Entertainment and Lightstorm Entertainment* |

SO ORDERED.

/s/ Jesse M. Furman
Jesse M. Furman
United States District Judge

August 15, 2013

NY1217841.1
202894-10030