IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WILLIAM ROGER DEAN , | ) | **STIPULATION OF** |
| Plaintiff(s) | ) | **VOLUNTARY DISMISSAL** |
| | ) | **PURSUANT TO F.R.C.P.** |
| v. | ) | **41(a)(1)(A)(ii)** |
| | ) | |
| | ) | Case No.: 13-CV-4479 (JMF) |
| JAMES CAMERON, et al., | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice against the defendants DUNE ENTERTAINMENT III LLC and INGENIOUS FILM PARTNERS 2 LLP pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

LOEB & LOEB LLP
By:_____
Jonathan Zavin, Esq.
jzavin@loeb.com
345 Park Avenue
New York, NY 10154
(212) 407-4089 (tel)
(646) 514-2887 (fax)
*Attorneys for Defendants*

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
By:_____
Steven M. Hayes, Esq.
shayes@hanlyconroy.com
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6414
Facsimile: (212) 213-5949
*Attorneys for Plaintiff*

Dated: ___9-27-13_____

Dated: ___9-27-13_____

SO ORDERED:

_____
United States District Judge
Dated: _____