```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
WILLIAM ROGER DEAN,                                                :
                        Plaintiff,                                 :
                                                                   :        13 Civ. 4479 (JMF)
        -v-                                                        :
                                                                   :              ORDER
JAMES CAMERON, et al,                                              :
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On September 30, 2013, the Court endorsed a stipulation voluntarily dismissing certain Defendants and directed the Clerk to close the case. (Docket No. 11). Because there are remaining Defendants who have not been dismissed, this endorsement was in error. The Clerk of Court is directed to reopen this case.

      SO ORDERED.

Dated: October 1, 2013
       New York, New York

                                                  _____
                                                    JESSE M. FURMAN
                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2013