**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
William Roger Dean,

                          Plaintiff,

         -against-

James Cameron et al.,

                          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 09/17/2014

13 **CIVIL** 4479 (JMF)

**JUDGMENT**

      Defendants James Cameron, Twentieth Century Fox Film Corporation, Twentieth Century Fox Home Entertainment and Lightstorm Entertainment having moved to dismiss Plaintiff's Amended Complaint (Doc. #18) pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Jesse M. Furman, United States District Judge, and the Court, on September 17, 2014, having rendered its Opinion and Order (Doc. #38) granting Defendants' motion to dismiss and dismissing the Amended Complaint in its entirety, and directing the Clerk of Court to terminate Docket No. 18 and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 17, 2014, Defendants' motion to dismiss is granted and the Amended Complaint is dismissed in its entirety; accordingly, the case is closed.

**Dated:**  New York, New York
           September 17, 2014

                                                  **RUBY J. KRAJICK**

                                                     **Clerk of Court**
                             **BY:** *K. Mango*

                                                     **Deputy Clerk**